UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20015-CR-GAYLES(s)</u>

UNITED STATES OF AMERICA

vs.

JOMAR JEFFERY,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Jomar Jeffery ("Jeffery") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

From on or about February 11, 2023, through on or about February 13, 2023, in Miami-Dade and Broward Counties, Jeffery, Christopher Velazco ("Velazco"), Kiyan Jeremy-Faith Singleton ("Singleton"), Daniel Turnbull ("Turnbull"), and Katherine Guzman ("Guzman") were involved in an effort to facilitate commercial sex between a 15-year-old female ("Minor Victim 1") and other individuals.

February 11, 2023

On or about February 9, 2023, Minor Victim 1 was reported missing by her foster care facility in Miami Gardens.

On or about February 11, 2023, Singleton, Guzman, and a third individual picked up Minor Victim 1 from an Airbnb in Miramar, Florida. When she was picked up, Minor Victim 1 was only wearing a white thong bikini; she was not wearing any shoes. Inside the car, Singleton commented on Minor Victim 1's appearance and stated, "we are going to make

bank with her." From the Airbnb, Singleton, Guzman, and the third individual drove Minor Victim 1 to Jeffery's house in Miramar, Florida ("Miramar House 1"). At Miramar House 1, Minor Victim 1 was introduced to Jeffery and Turnbull. Minor Victim 1 described Jeffery as the "black pimp" and Turnbull as the "white pimp" and "plug," because Turnbull sold drugs. At Miramar House 1, the Defendants offered Minor Victim 1 weed and molly—she accepted the drugs.

The Defendants and Minor Victim 1 spent part of the day partying at Turnbull's house ("Miramar House 2"), located in Miramar, Florida and across the street from Miramar House 1. Videos of Minor Victim 1 and the Defendants at Miramar House 2 were found on Minor Victim 1's phone. The videos show Minor Victim 1 wearing a black bralette and light purple bikini style underwear. Minor Victim 1 was intoxicated in the videos.

The Defendants and Minor Victim 1 returned to Miramar House 1. At Miramar House 1, Jeffery gave Minor Victim 1 a sweatshirt. Minor Victim 1 decided to a take a shower and as she was showering Jeffery entered the bathroom and touched Minor Victim 1 without her consent. He attempted to have sex with Minor Victim 1, but she refused. Jeffery offered to pay for Minor Victim 1's piercings if she had sex with him. Minor Victim 1 still refused to have sex with Jeffery. Jeffery left the bathroom. After showering, Minor Victim 1 went into a bedroom at Miramar House 1. Jeffery entered the room wearing a condom and forced Minor Victim 1 to have sex. Minor Victim 1 told Jeffery to stop and told Jeffery that he was hurting her. Jeffery did not stop. Text messages between Jeffery and Minor Victim 1 corroborated Minor Victim 1's statement that she had sex with Jeffery. Minor Victim 1 also texted a friend that she had been raped. Minor Victim 1 spent the night at Turnbull's residence.

<u>February 12, 2023</u>

On or about February 12, 2023, Jeffery once again raped Minor Victim 1, this time at Miramar House 2 (which, again, was Turnbull's residence).

On or about February 12, 2023, Turnbull texted Minor Victim 1: "Yo send me some pics I can shop u around." When she failed to initially do so, Turnbull later reiterated: "Send pictures of you now please." Minor Victim 1 thereafter responded with a series of explicit photographs of herself. Turnbull later texted Minor Victim 1, "How much should I say for u" because "[t]he[y]re askin." These text messages were recovered from Minor Victim 1's cell phone.

On Velazco's phone, law enforcement also discovered a group message that was started by Turnbull on or about February 12, 2023, at approximately 9:44:44 p.m. (around the time that Turnbull was texting Minor Victim 1 about the photographs and the price for Minor Victim 1 to engage in commercial sex). The first message in the group chat was sent by Turnbull and was a photograph of Minor Victim 1 wearing a white thong bikini. Following the photograph, Turnbull sent a second message: "on decck." His message was a coded phrase indicating that Minor Victim 1 was available for a commercial sex date. In response to Turnbull's message, a member of the group stated, "how much."

Minor Victim 1 also texted Turnbull that day: "How many times [d]o I have to tell y'all that if you want me to work for you you need to answer wheneve[r] I call."

<u>February 13, 2023</u>

A review of Velazco's phone revealed text messages between Velazco and Jeffery, from on or about February 13, 2023, pertaining to the creation of a commercial sex advertisement on the website "Seeking.com" to promote Minor Victim 1 for commercial sex

and the price for a commercial sex date with Minor Victim 1. The texts messages between

Velazco and Jeffery from on or about February 13, 2023, are reproduced below:

| SENDER | MESSAGE | DATE and TIME |
|---|---|---|
| **Jeffery** (954-744-2011) | Where y'all at now? | 2/13/2023 at 10:14:55 a.m. |
| **Velazco** (954-558-3751) | At Kat[1] job | 2/13/2023 at 10:34:20 a.m. |
| **Velazco** (954-558-3751) | Her[2] id ain't go through | 2/13/2023 at 11:56:25 a.m. |
| **Jeffery** (954-744-2011) | Why ? | 2/13/2023 at 12:01:47 p.m. |
| **Jeffery** (954-744-2011) | Does it say why? | 2/13/2023 at 12:01:55 p.m. |
| **Velazco** (954-558-3751) | Kat has the email so let me try get a hold of her n find out | 2/13/2023 at 12:03:28 p.m. |
| **Jeffery** (954-744-2011) | Ight lmk | 2/13/2023 at 12:04:44 p.m. |
| **Jeffery** (954-744-2011) | Cause I'm trying to make some bread today | 2/13/2023 at 12:04:57 p.m. |
| **Velazco** (954-558-3751) | She[3] said she didn't get any email | 2/13/2023 at 12:05:31 p.m. |
| **Jeffery** (954-744-2011) | Does it say to redo it on the site? | 2/13/2023 at 12:05:31 p.m. |
| **Velazco** (954-558-3751) | Yee it does | 2/13/2023 at 12:05:39 p.m. |
| **Jeffery** (954-744-2011) | Ok make her[4] redo it with better light and it can not be blurry. | 2/13/2023 at 12:07:02 p.m. |
| **Velazco** (954-558-3751) | She[5] dont have the id kat do | 2/13/2023 at 12:08:25 p.m. |
| **Jeffery** (954-744-2011) | Make Kat do it she can login at her job. | 2/13/2023 at 12:09:56 p.m. |
| **Velazco** (954-558-3751) | She[6] going to let me know when she do it | 2/13/2023 at 12:11:15 p.m. |
| **Velazco** (954-558-3751) | Submitted going wait to see what it says | 2/13/2023 at 12:14:19 p.m. |

---

[1] "Kat" is a nickname for Guzman.
[2] "Her" refers to Guzman.
[3] "She" refers to Guzman.
[4] "Her" refers to Minor Victim 1.
[5] "She" refers to Minor Victim 1.
[6] "She" refers to Guzman.

The Defendants used Guzman's Florida driver's license to create the "Seeking.com" advertisement because Guzman was over the age of 18. "Seeking.com" requires that individuals using their website for advertisement and promotion be 18 years or older. The Defendants were aware that Minor Victim 1 was a minor and did not have identification; therefore, Guzman's driver's license, phone number, and email were used to create the account for Minor Victim 1. Records from "Seeking.com" confirmed that Guzman's information was used to create the account. "Seeking.com" did not approve the account.

On or about February 13, 2023, law enforcement spoke to Minor Victim 1's mother, E.G., who reported, among other things, that Minor Victim 1 was in contact with a 16-year-old female, Minor Victim 2. Law enforcement met with Minor Victim 2 and learned that Minor Victim 1 was sharing her location with Minor Victim 2. Law enforcement reviewed Minor Victim 1's location and saw that she was in Miramar, Florida.

When law enforcement was meeting with Minor Victim 2, she received a phone call from Minor Victim 1. Minor Victim 1 told Minor Victim 2 that she and two men were going to pick up Minor Victim 2 to make money. The men were later identified as Singleton and Velazco. During the phone call, Singleton spoke to Minor Victim 2 about prostitution and instructed Minor Victim 2 on how to approach men to make money. At this point law enforcement planned to recover Minor Victim 1 when she arrived to pick up Minor Victim 2 with Singleton and Velazco.

Minor Victim 1 called Minor Victim 2 a second time. During this call Minor Victim 1 told Minor Victim 2 that she would need to perform oral sex on the two men in the car (Singleton and Velazco) before they would take Minor Victim 2 to make money. Minor Victim 1 also told Minor Victim 2 that they had arrived at her residence to pick her up in a

red car. Minor Victim 1 was recovered at Minor Victim 2's residence and the red car was identified as a Red Lexus IS registered to Jeffery. Velazco and Singleton were arrested at the scene by local law enforcement.

*   *   *

The use of the Internet to create the "Seeking.com" account and the use of cell phones in furtherance of the scheme were in or affected interstate or foreign commerce.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crime of sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591(a).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 2/11/26

By: _____ on behalf of
BERTILA LILIA FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 2/11/26

By: _____
JONATHAN E. JACOBSON
ASSISTANT UNITED STATES ATTORNEY

Date: 01·26·2026

By: _____
G.P. DELLA FERA
ATTORNEY FOR DEFENDANT

Date: 1-26-26

By: _____
JOMAR JEFFERY
DEFENDANT